In the Matter of HAROLD L. RIDER, Respondent, v KAREN CORRIGAN, Appellant. [910 NYS2d 715]—Appeal from an order of the Family Court, Oneida County (Randal B. Caldwell, J.), entered January 12, 2010 in a proceeding pursuant to Family Court Act article 4. The order denied and dismissed the objections of respondent to the order of the Support Magistrate.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at Family Court. Present—Centra, J.P., Carni, Sconiers and Pine, JJ.